**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Anthony Earl ROSS, a/k/a Bam,
Defendant—Appellant.**

**No. 08–8006.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 23, 2009.

Decided: April 6, 2009.

Michael Stefan Nachmanoff, Federal Public Defender, Alexandria, Virginia; Robert James Wagner, Assistant Federal Public Defender, Richmond, Virginia, for Appellant. Stephen David Schiller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before MICHAEL and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Earl Ross appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v.* *Ross,* No. 3:02–cr–00336–RLW–1 (E.D.Va. Aug. 21, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*